IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRENT LEE NEWBOLD,<br>Debtor. | Case No. 2:23-MC-0161-DJC-JDP<br>**~~[PROPOSED]~~ ORDER TERMINATING WRIT OF GARNISHMENT**<br>Criminal Case No. 2:14-CR-00223-JAM |
| TD AMERITRADE CLEARING, INC.,<br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment is hereby TERMINATED.

IT IS SO ORDERED.

Dated: August 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE